# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ROCHELLE L. WALLACE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:16-cv-316
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on March 3, 2017. (ECF No. 16.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **SUSTAINS** Plaintiff's statement of errors to the extent that the case is **REMANDED** to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.

**IT IS SO ORDERED.**

4-12-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE